# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY, a corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>NATIONAL LIABILITY & FIRE INSURANCE COMPANY, a corporation, and DOES 1 through 100,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE No. SACV15-1967 JLS (MRWx)<br><br>ASSIGNED TO HON. JOSEPHINE L. STATON, COURTROOM 10-A<br><br>**JUDGMENT**<br><br>TRIAL DATE:     FEBRUARY 28, 2017 |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. National shall reimburse Landmark in the amount of $107,500 which it paid to settle the Underlying Action, plus 7% annual interest accrued from January 5, 2016 through September 30, 2016 of $5,530.67, for a total of $113,030.67;

2. National shall reimburse Landmark the daily interest of $20.56 accrued on the $107,500 settlement amount from October 1, 2016 through the end of 2016 and $20.62 for every day thereafter until the date of entry of judgment, for a total of $1,953.32;

3. National shall reimburse Landmark in the amount of $23,126.94 which it paid for the defense of the Underlying Action, plus 7% annual interest accrued from the dates of payments through September 30, 2016 of $1,755.38, for a total of $24,882.32;

4. National shall reimburse Landmark for post-judgment interest pursuant to 28 U.S.C. § 1961.

5. National's Counterclaim against Landmark is dismissed *with prejudice*;

6. Judgment is entered in favor of Landmark as against National;

7. National shall take nothing by way of its Counterclaim against Landmark; and

8. The Court retains jurisdiction to rule on any request for costs and any objections thereto.

DATED: January 3, 2017

Hon. Josephine L. Staton
Judge of the United States District Court